UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBIE J. CUNEGIN,

      Plaintiff,                                    Case No. 24-cv-10252
                                                                                       Hon. Matthew F. Leitman

v.

J. KELLER, *et al.*,

      Defendants.

_____/

## ORDER DISMISSING PLAINTIFF'S
## COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

On January 30, 2024, Plaintiff Bobbie J. Cunegin filed this action against several Michigan State Troopers that Cunegin says violated his civil rights. (*See* Compl., ECF No. 1.) When Cunegin filed his Complaint, he failed to pay the required filing fee or file the necessary documentation to proceed *in forma pauperis*. Accordingly, on January 30, 2024, the Court issued an order directing Cunegin to correct that deficiency within 14 days (*i.e.*, by no later than February 13, 2024). (*See* Order, ECF No. 3.) The order warned Cunegin that "[i]f the filing fee [was] not received by the Clerk's Office or if an application to proceed *in forma pauperis* [was] not filed within fourteen calendar days of this notice, [Cunegin's] case may be dismissed." (*Id.*, PageID.22.)

Cunegin has not responded to the Court's January 30 order. Nor has he paid the filing fee, filed a completed and signed *in forma pauperis* application, or contacted the Court to request additional time to comply with the Court's order. Therefore, due to Cunegin's failure to comply with the Court's January 30 order and his failure either to pay the required filing fee or file an application to proceed *in forma pauperis*, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: April 30, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 30, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126