UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBIE J. CUNEGIN,

    Plaintiff,

Case No. 24-cv-10252
Hon. Matthew F. Leitman

v.

J. KELLER, *et al.*,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**.

                                    KINIKIA ESSIX
                                    CLERK OF COURT

                          By:    s/Holly A. Ryan
                                      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: April 30, 2024
Detroit, Michigan

1